IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THOMAS ROY HARRIS, JR. d/b/a SPORTING ARMS COMPANY | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-737-SDJ |
| KRISSY Y. CARLSON, in her official Capacity as Director of Industry Operations, Dallas Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives | § § § § § § | |

# ORDER

It is **ORDERED** that all deadlines in this case are **STAYED** pending the Court's resolution of Petitioner's Motion to Defer Summary Judgment Proceedings or, in the alternative, for Extension of Time. (Dkt. #11). The Court will enter a scheduling order, as needed, following the resolution of the motion.

It is further **ORDERED** that the parties must submit the Certified Administrative Record to the Court by **December 20, 2024**.

So ORDERED and SIGNED this 13th day of December, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE