IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN

| | |
|---|---|
| **THOMAS ROY HARRIS, JR., doing business as SPORTING ARMS COMPANY,**<br><br>Petitioner,<br><br>v.<br><br>**KRISSY Y. CARLSON, in her official capacity as Director of Industry Operations, Dallas Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives,**<br><br>Respondent. | Case No. 4:24-cv-00737-SDJ |

## UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL

Respondent Krissy Y. Carlson, in her official capacity as Director of Industry Operations ("DIO"), Dallas Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") through the undersigned, and with the concurrence of Plaintiff's counsel, respectfully moves for leave to allow Respondent to file the certified Administrative Record under seal.

The Administrative Record contains personally identifiable information ("PII"), factual basis, exhibits and transcripts, and should therefore be filed under seal. The DIO asserts that filing the Administrative Record under seal is the most efficient and safest means of protecting this confidential information.

For the foregoing reasons, the respondent seeks an Order allowing the DIO to file the

Administrative Record under seal.

                                            Respectfully submitted,

                                            DAMIEN M. DIGGS
                                            UNITED STATES ATTORNEY

                                            */s/ James Gillingham*
                                            JAMES GARLAND GILLINGHAM
                                            Texas State Bar No. 24065295
                                            james.gillingham@usdoj.gov
                                            110 N. College, Suite 700
                                            Tyler, TX  75702
                                            (903) 590-1400
                                            Fax: (903) 590-1436

                                            *Attorney for Respondent*

## **CERTIFICATE OF CONFERENCE**

I, James Gillingham, certify that on December 13, 2024, counsel for Petitioner communicated to counsel for Respondent that Petitioner consents to the relief sought in this motion.

                                            */s James G. Gillingham*
                                            JAMES G. GILLINGHAM

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all known counsel of record via the Court's electronic filing system.

*/s James G. Gillingham*
JAMES G. GILLINGHAM
Assistant United States Attorney