IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THOMAS ROY HARRIS, JR., doing business as SPORTING ARMS COMPANY, <br><br> Petitioner, <br><br> v. <br><br> KRISSY Y. CARLSON, in her official capacity as Director of Industry Operations, Dallas Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, <br><br> Respondent. | Case No. 4:24-cv-00737-SDJ |

**UNOPPOSED MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

Respondent Krissy Y. Carlson, Director of Industry Operations and the Dallas Field Division of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by and through their respective counsel, file this unopposed Motion for Entry of the Parties' agreed proposed protective order, governing the use of confidential, private, and law enforcement sensitive information in this matter, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure:

**I.**

Defendant has in its custody, control, or possession, recordings of proffer sessions between the ATF and Lane Koroly and Chris Remley, which the Court has previously ordered Defendant to produce to Plaintiff. ECF No. 28 at 9. These interviews contained discussions relating to a law enforcement investigation and involved discussions of individuals not parties to this matter.

The interviews could, if disclosed without protection, subject third-parties to annoyance, embarrassment, or oppression. Due to concerns for the privacy of third-parties, and other law

enforcement sensitive information, the Parties respectfully move this Court to enter the proposed protective order.

Entry of the proposed protective order will expedite and facilitate production of the interview recordings. This will also facilitate the Parties' ability to use these interview recordings in litigation without unnecessarily involving the Court and simultaneously protecting third-parties against inadvertent disclosure of potentially private and sensitive information and will also protect against disclosure of potentially law enforcement sensitive information.

## II.

Pursuant to Local Rule CV-7(h), the Parties have conferred in good faith on the specific issue and have agreed that a protective order regarding confidentiality will facilitate the exchange of information while protecting the confidentiality of private, confidential, or otherwise protected or sensitive information produced and received by the Parties in this case. Thus, the Parties request the Court enter the proposed Agreed Protective Order filed concurrently with this Motion.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

 /s/ *Daniel T. Gaffney*
Daniel T. Gaffney
Assistant United States Attorney
EDTX Bar No. 5522212
NY Bar No. 5542212
Fl Bar No. 112498
101 East Park Blvd., Suite 500
Plano, Texas 75074
Tel: (972) 423-2932
Fax: (972) 509-1209
Email: Daniel.Gaffney2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on April 16, 2026, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                       /s/ *Daniel T. Gaffney*
                                       Daniel T. Gaffney