**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **THOMAS ROY HARRIS, JR., doing business as SPORTING ARMS COMPANY,** | ) ) ) ) | |
| **Petitioner,** | ) ) | |
| **v.** | ) ) | **Case No. 4:24-cv-00737-SDJ** |
| **KRISSY Y. CARLSON, in her official capacity as Director of Industry Operations, Dallas Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives,** | ) ) ) ) ) ) | |
| **Respondent.** | ) | |

**[PROPOSED] ORDER**

Before the Court is Respondent's Motion for Summary Judgment. (Dkt. #10). The Court finds that there are genuine disputes of material fact as to whether Respondent was authorized to revoke Petitioner's Federal Firearms License and to deny Petitioner's renewal application.  The Court **DENIES** Respondent's Motion for Summary Judgment. The Court will set this case for an evidentiary hearing by separate order.