# EXHIBIT C

Lane Koroly September 24, 2021
Interview Recording
(Filed Conventionally and Under Seal)