# EXHIBIT D

## Lane Koroly October 12, 2022
## Interview Recording
## (Filed Conventionally and Under Seal)