# EXHIBIT E

Chris Remley July 7, 2022
Interview Recording
(Filed Conventionally and Under Seal)