# EXHIBIT F

Chris Remley July 27, 2022
Interview Recording
(Filed Conventionally and Under Seal)