# EXHIBIT G

## Chris Remley September 20, 2022 Interview Recording
## (Filed Conventionally and Under Seal)