# EXHIBIT H

Chris Remley October 19, 2022
Interview Recording
(Filed Conventionally and Under Seal)