# EXHIBIT I

Chris Remley March 29, 2023
Interview Recording
(Filed Conventionally and Under Seal)