# EXHIBIT J

## Chris Remley April 28, 2023 Interview Recording

## (Filed Conventionally and Under Seal)