**Chadwick Lamar**
Associate
clamar@bradley.com
205.521.8533 direct

**Bradley**

~~FILED~~

MAY 1 9 20__

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

May 15, 2026

**VIA FedEx**
Hon. David A. O'Toole, Clerk of Court
United States District Court for the Eastern District of Texas
United States Courthouse
7940 Preston Road, Room 101
Plano, Texas 75024

　　　　　**RE:**　　Conventional Filing of Sealed Exhibits
　　　　　　　　　*Harris v. Carlson*, No. 4:24-cv-00737-SDJ (E.D. Tex.)

Dear Mr. O'Toole:

I am an attorney of record for Petitioner Thomas Roy Harris, Jr., in *Harris v. Carlson*, No. 4:24-cv-00737-SDJ (E.D. Tex.). Mr. Harris is hereby conventionally filing Exhibits C through J to his Response in Opposition to Respondent's Motion for Summary Judgment, which was filed on May 15, 2026. Please note that each of these exhibits has been filed under seal. Enclosed please find two USB drives containing the exhibits, which are audio files.

The USB drives are password protected. The password for both USB drives is: bradley10!

　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　*/s/ Chadwick Lamar*
　　　　　　　　　　　　　Chadwick Lamar
　　　　　　　　　　　　　Counsel for Petitioner
　　　　　　　　　　　　　Admitted *pro hac vice*

cc: Counsel of record for Respondent (via FedEx)

Bradley Arant Boult Cummings LLP | One Federal Place | 1819 Fifth Avenue North | Birmingham, AL 35203-2119 | 205.521.8000 | bradley.com