# EXHIBIT A

Christoper Remley – July 27, 2022 - Law Enforcement Statement

(Filed Conventionally and Under Seal)