# EXHIBIT B

Christopher Remley – September 20, 2022 - Proffer (Part 1)

(Filed Conventionally and Under Seal)