# EXHIBIT C

Lane Koroly – October 12, 2022 - Proffer

(Filed Conventionally and Under Seal)