# EXHIBIT D

Christopher Remley – October 19, 2022 - Proffer (Part 1)

(Filed Conventionally and Under Seal)