# EXHIBIT E

Christopher Remley – March 29, 2023 – Proffer (Part 3)

(Filed Conventionally and Under Seal)