Chris Remley
April 17, 2026                                          5

P R O C E E D I N G S

THE VIDEOGRAPHER:  We are now on the record at 9:09 a.m. on April 17th, 2026.  This is the video recorded proceeding of Chris Remley.  My name is Adam Scozzari.  I'm the videographer on behalf of U.S. Legal Support.  I'm not related to any party in this action, nor am I financially interested in the outcome.  The court reporter is Vanessa Robertson on behalf U.S. Legal Support.

Will counsel please state their appearances, after which the court reporter will swear in the witness.

MR. LAMAR:  Chadwick Lamar on behalf of petitioner, Tom Harris.

MS. SPAIN:  Abigail Spain for Christopher Remley.

MR. GAFFNEY:  Daniel Gaffney for the ATF.

MS. AYRES:  Ashley Ayres for ATF.

CHRIS REMLEY, having being first duly sworn, testified as follows:

* * * E X A M I N A T I O N * * *

BY MR. LAMAR:

Q    Good morning, Mr. Remley.

A    Good morning.

Chris Remley
April 17, 2026                                          6

        Q    My name is Chadwick Lamar, and I represent
Tom Harris doing business as Sporting Arms Company in
a civil case called Harris v. Carlson pending in the
Eastern District of Texas.  Could you please state
your full name and place of residence for the
record?

        A    Christopher Remley, 2900 Ripy Road, Krum,
Texas 76249.

        Q    Have you ever provided testimony in a
deposition before?

                    MS. SPAIN:  Go ahead.

        A    Yes.

        Q    (By Mr. Lamar)  Do you recall when you
provided testimony in a deposition?

        A    On advice of my counsel, I invoke my Fifth.

        Q    Do you care to provide a basis for your Fifth
Amendment reservation?

                    MS. SPAIN:  Objection; form.

        A    On advice of my counsel, I invoke my Fifth.

        Q    (By Mr. Lamar)  Mr. Remley, I'm going to go
over a few ground rules that will help us make a clear
record this morning.  It's my job to ask the
questions.  Your job is to answer them based on your
best recollection.  And we can only do that if you
allow me time to fully ask my question, and then I